UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 07, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAWN ERIC MORALES,

    Defendant.

Case No. 2:24-mj-00132-CSK

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  **SHAWN ERIC MORALES**, Case No. 2:24-mj-00132-CSK, Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $ _____

         X  Unsecured Appearance Bond $ 50,000.00

         ____ Appearance Bond with 10% Deposit

         ____ Appearance Bond with Surety

         ____ Corporate Surety Bail Bond

         ____ (Other):

____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 07, 2024, at 3:00 PM.

By: _/s/ Allison Claire_____

Magistrate Judge Allison Claire